IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAFISAH WILLIAMS,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **ADVANCED URGENT CARE,**<br>          **Defendant.** | **NO. 14-6347** |

## O R D E R

**AND NOW**, this 25th day of August, 2016, upon consideration of plaintiff's Proposed Findings of Fact and Conclusions of Law (Doc. No. 42, filed August 22, 2016) and plaintiff's counsel's Petition for Attorneys' Fees (Doc. No. 43, filed August 22, 2016), and the evidence presented at a hearing on August 9, 2016, based on the Findings of Fact and Conclusions of Law in the accompanying Memorandum dated August 25, 2016, **IT IS ORDERED** as follows:

1.      **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Nafisah Williams, and **AGAINST** defendant, Advanced Urgent Care, in the total amount of $107,904, consisting of back pay in the amount of $7,904, compensatory damages in the amount of $50,000, and punitive damages in the amount of $50,000.

2.      Plaintiff's counsel's Petition for Attorneys' Fees is **GRANTED IN PART** and **DENIED IN PART**. Counsel for plaintiff is **AWARDED** fees pursuant to 42 U.S.C. § 1988 in the amount of $18,550. The Petition is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                                        BY THE COURT:

                                        /s/ Hon. Jan E. DuBois
                                        _____
                                           DuBOIS, JAN E., J.