IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAFISAH WILLIAMS,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **ADVANCED URGENT CARE,**<br>　　　　　**Defendant.** | **NO. 14-6347** |

## O R D E R

**AND NOW**, this 9th day of February, 2017, upon consideration of defendant's Motion to Vacate Default of March 2, 2016 As Well As Final Amended Default Judgment of September 2, 2016 Pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure (Document No. 54, filed Dec. 54, 2016) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Vacate Default of March 2, 2016 As Well As Final Amended Default Judgment of September 2, 2016 Pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure (Document No. 58, filed Jan. 19, 2017), for the reasons set forth in the accompanying Memorandum dated February 9, 2017, **IT IS ORDERED** that defendant's Motion to Vacate Default of March 2, 2016 As Well As Final Amended Default Judgment of September 2, 2016 Pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.