IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAFISAH WILLIAMS,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ADVANCED URGENT CARE,**<br>          **Defendant.** | **NO. 14-6347** |

# O R D E R

**AND NOW**, this 10th day of April, 2017, upon consideration of Dr. Mehdi Nikparvar's "Defendant Pro SE emergency Motion for reconsideration of the order dated February 9 2017" [sic] (Document No. 69, filed Mar. 2, 2017), Dr. Mehdi Nikparvar's "Defendant Pro SE amendment to emergency Motion for reconsideration of the order dated February 9 2017" [sic] (Document No. 71, filed Mar. 3, 2017), Letter from Plaintiff's Counsel dated March 3, 2017 (Document No. 72, filed Mar. 3, 2017), Letter from Defendant's Counsel dated March 4, 2017 (Document No. 73, filed Mar. 6, 2017), and Dr. Mehdi Nikparvar's "Defendant and DR Mehdi Nikparvar response to plaintiff request dated March 3, 2017" [sic] (Document No. 74, filed Mar. 6, 2017), for the reasons set for the in the accompanying Memorandum dated April 10, 2017, **IT IS ORDERED** that the motion to intervene included in Dr. Mehdi Nikparvar's "Defendant and DR Mehdi Nikparvar response to plaintiff request dated March 3, 2017," and Dr. Mehdi Nikparvar's "Defendant Pro SE amendment to emergency Motion for reconsideration of the order dated February 9 2017" are **DENIED**.

**IT IS FURTHER ORDERED** that the caption of the case is amended so as to correctly name defendant as Advanced Urgent Care of City Line LLC.

                                                                   **BY THE COURT:**

                                                                   /s/ Hon. Jan E. DuBois
                                                                   **DuBOIS, Jan E., J.**